**No. 10-422. Exide Technologies, Petitioner v. EnerSys Delaware, Inc.**

562 U.S. 1216, 131 S. Ct. 1470, 179 L. Ed. 2d 299, 2011 U.S. LEXIS 1385.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 607 F.3d 957.

**No. 10-432. Dewayne Beggs, Sheriff, Cleveland County, Oklahoma, et al.,**

Petitioners v. Anna M. Boen, Personal Representative of the Estate of Eva June Crowell, Deceased.

562 U.S. 1216, 131 S. Ct. 1470, 179 L. Ed. 2d 299, 2011 U.S. LEXIS 1493.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Oklahoma denied.

Same case below, 237 P.3d 134.